```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
ROSE MACKENZIE,                                                    :
                                                                   :
                              Plaintiff,                           :
                                                                   :       21-cv-08260 (LJL)
            -v-                                                    :
                                                                   :            ORDER
NATIONAL HARM REDUCTION COALITION ET                               :
AL.,                                                               :
                                                                   :
                              Defendants.                          :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

As discussed during the Initial Pretrial Conference held on July 28, 2022 and with the consent of Plaintiff, the Court will, pursuant to Rule 21 or its inherent power, dismiss the complaint as against Defendant Daniel Raymond with prejudice and with each party to bear their own costs and fees.

The Clerk of Court is respectfully directed to terminate Defendant Daniel Raymond from the docket.

SO ORDERED.

Dated: July 28, 2022  
      New York, New York  
                                                  LEWIS J. LIMAN  
                                                  United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 7/28/2022